United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 22-01087-MJC
Gregory Joseph Johnson  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Jun 13, 2022      Form ID: 309A      Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gregory Joseph Johnson, 470 Effort-Neola Road, Saylorsburg, PA 18353-8406 |
| tr | + | John J Martin (Trustee), Law Offices of John J Martin, 1022 Court Street, Honesdale, PA 18431-1925 |
| 5479756 | | CREDIT CONTROL, LLC, PO BOX 188, HAZELWOOD, MO 63042-0188 |
| 5479758 | + | GC SERVICES LP, PO BOX 3026, HOUSTON, TX 77253-3026 |
| 5479760 | | INDEBTED USA, PO BOX 1210, O FALLON, MO 63366-9010 |
| 5479761 | | INFINITI FINANCIAL SERVICES, PO BOX 660680, DALLAS, TX 75266-0680 |
| 5479762 | + | IRINA MAYMAN, 611 SHANE DRIVE, EFFORT, PA 18330-8170 |
| 5479763 | | KEY BANK, PO BOX 94968, CLEVELAND, OH 44101-4968 |
| 5479764 | # | LOGICOLL LLC, PO BOX 1479, LOMBARD, IL 60148-8479 |
| 5479768 | | NMAC, PO BOX 660368, DALLAS, TX 75266-0368 |
| 5479771 | + | STARPOINT RESORT GROUP, PO BOX 231300, LAS VEGAS, NV 89105-1300 |
| 5479773 | | SYNERGETIC COMMUNICATION, 8596 WAYNE DRIVE, SUITE A5, HAYDEN, ID 83835-5068 |
| 5479774 | + | TEACHERS' RETIREMENT SYSTEM OF THE, CITY OF NEW YORK, 55 WATER STREET, NEW YORK, NY 10041-0004 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: VRubino@newmanwilliams.com | Jun 13 2022 18:39:00 | Vincent Rubino, Newman Williams Mishkin Corveleyn et al, 712 Monroe Street, PO Box 511, Stroudsburg, PA 18360-0511 |
| ust | + | Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Jun 13 2022 18:39:00 | United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |
| cr | + | EDI: RECOVERYCORP.COM | Jun 13 2022 22:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5479750 | + | EDI: GMACFS.COM | Jun 13 2022 22:38:00 | ALLY FINANCIAL, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 5479751 | ^ | MEBN | Jun 13 2022 18:37:05 | BUREAU INVESTMENT GRP PORTFOLIO, C/O ASSET RECOVERY, 2200 E DEVON AVE STE 200, DES PLAINES, IL 60018-4501 |
| 5479752 | | EDI: CAPITALONE.COM | Jun 13 2022 22:38:00 | CAPITAL ONE SERVICES, PO BOX 71104, CHARLOTTE, NC 28272-1104 |
| 5479753 | + | EDI: CITICORP.COM | Jun 13 2022 22:38:00 | CITI CARDS, PO BOX 6077, SIOUX FALLS, SD 57117-6077 |
| 5479754 | + | Email/Text: mediamanagers@clientservices.com | Jun 13 2022 18:39:00 | CLIENT SERVICES, INC., 3451 HARRY S. TRUMAN BLVD, SAINT CHARLES, MO 63301-9816 |
| 5479755 | | EDI: WFNNB.COM | Jun 13 2022 22:38:00 | COMENITY - KAY JEWELERS, PO BOX 659728, SAN ANTONIO, TX 78265-9728 |

| Recipient | Method | Date/Time | Address |
| --- | --- | --- | --- |
| 5479757 | + Email/Text: bncnotifications@pheaa.org | Jun 13 2022 18:39:00 | FEDLOAN SERVICING, PO BOX 60610, HARRISBURG, PA 17106-0610 |
| 5479759 | EDI: CITICORP.COM | Jun 13 2022 22:38:00 | HOME DEPOT CREDIT SERVICES, PO BOX 9001010, LOUISVILLE, KY 40290-1010 |
| 5479765 | EDI: RMSC.COM | Jun 13 2022 22:38:00 | LOWE'S/SYNCHRONY BANK, PO BOX 530914, ATLANTA, GA 30353-0914 |
| 5479766 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2022 18:51:24 | LVNV FUNDING, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 5479767 | Email/Text: bankruptcydpt@mcmcg.com | Jun 13 2022 18:39:00 | MIDLAND CREDIT MANAGEMENT, PO BOX 301030, LOS ANGELES, CA 90030-1030 |
| 5479769 | ^ MEBN | Jun 13 2022 18:37:02 | PATENAUDE & FELIX, 9619 CHESAPEAKE DRIVE, SUITE 300, SAN DIEGO, CA 92123-1392 |
| 5479770 | EDI: RMSC.COM | Jun 13 2022 22:38:00 | PAYPAL CREDIT SERVICES, PO BOX 960080, ORLANDO, FL 32896-0080 |
| 5479772 | EDI: RMSC.COM | Jun 13 2022 22:38:00 | SYNCHRONY / LUMBER LIQUIDATORS, PO BOX 960061, ORLANDO, FL 32896-0061 |
| 5479880 | + EDI: RMSC.COM | Jun 13 2022 22:38:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5479775 | Email/Text: BAN1116@UCBINC.COM | Jun 13 2022 18:39:00 | UNITIED COLLECTION BUREAU, INC., PO BOX 1116, MAUMEE, OH 43537-8116 |
| 5479776 | Email/Text: bankruptcynotices@vivecard.com | Jun 13 2022 18:39:00 | VIVE FINANCIAL, PO BOX 268808, OKLAHOMA CITY, OK 73126-8808 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 15, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| John J Martin (Trustee) | pa36@ecfcbis.com  trusteemartin@martin-law.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

Vincent Rubino
    on behalf of Debtor 1 Gregory Joseph Johnson lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | Gregory Joseph Johnson<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–6218<br>EIN: __–_____ | |
| **Debtor 2:**<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed for chapter: | 7  6/10/22 |
| Case number: | 5:22–bk–01087–MJC | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline          10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Gregory Joseph Johnson | |
| 2. | **All other names used in the last 8 years** | aka Gregory J. Johnson, aka Gregory Johnson | |
| 3. | **Address** | 470 Effort–Neola Road<br>Saylorsburg, PA 18353 | |
| 4. | **Debtor's attorney**<br>Name and address | Vincent Rubino<br>Newman Williams Mishkin Corveleyn et al<br>712 Monroe Street<br>PO Box 511<br>Stroudsburg, PA 18360–0511 | Contact phone 570 421–9090<br>Email: VRubino@newmanwilliams.com |
| 5. | **Bankruptcy trustee**<br>Name and address | John J Martin (Trustee)<br>Law Offices of John J Martin<br>1022 Court Street<br>Honesdale, PA 18431 | Contact phone 570 253–6899<br>Email: pa36@ecfcbis.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701 | Hours open:<br>Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (570) 831–2500<br><br>Date: 6/13/22 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 8, 2022 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 meeting will be held telephonically, refer to the call–in instructions.** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/6/22** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                    page **2**