In re:                                                            Case No. 22-01087-MJC

Gregory Joseph Johnson                               Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                           User: AutoDocke                         Page 1 of 2

Date Rcvd: Jun 13, 2022                     Form ID: tele341                    Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gregory Joseph Johnson, 470 Effort-Neola Road, Saylorsburg, PA 18353-8406 |
| 5479756 | | CREDIT CONTROL, LLC, PO BOX 188, HAZELWOOD, MO 63042-0188 |
| 5479758 | + | GC SERVICES LP, PO BOX 3026, HOUSTON, TX 77253-3026 |
| 5479760 | | INDEBTED USA, PO BOX 1210, O FALLON, MO 63366-9010 |
| 5479761 | | INFINITI FINANCIAL SERVICES, PO BOX 660680, DALLAS, TX 75266-0680 |
| 5479762 | + | IRINA MAYMAN, 611 SHANE DRIVE, EFFORT, PA 18330-8170 |
| 5479763 | | KEY BANK, PO BOX 94968, CLEVELAND, OH 44101-4968 |
| 5479764 | # | LOGICOLL LLC, PO BOX 1479, LOMBARD, IL 60148-8479 |
| 5479768 | | NMAC, PO BOX 660368, DALLAS, TX 75266-0368 |
| 5479771 | + | STARPOINT RESORT GROUP, PO BOX 231300, LAS VEGAS, NV 89105-1300 |
| 5479773 | | SYNERGETIC COMMUNICATION, 8596 WAYNE DRIVE, SUITE A5, HAYDEN, ID 83835-5068 |
| 5479774 | + | TEACHERS' RETIREMENT SYSTEM OF THE, CITY OF NEW YORK, 55 WATER STREET, NEW YORK, NY 10041-0004 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 13 2022 18:51:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5479750 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 13 2022 18:39:00 | ALLY FINANCIAL, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 5479751 | ^ | MEBN | Jun 13 2022 18:37:07 | BUREAU INVESTMENT GRP PORTFOLIO, C/O ASSET RECOVERY, 2200 E DEVON AVE STE 200, DES PLAINES, IL 60018-4501 |
| 5479752 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2022 18:51:19 | CAPITAL ONE SERVICES, PO BOX 71104, CHARLOTTE, NC 28272-1104 |
| 5479753 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2022 18:51:24 | CITI CARDS, PO BOX 6077, SIOUX FALLS, SD 57117-6077 |
| 5479754 | + | Email/Text: mediamanagers@clientservices.com | Jun 13 2022 18:39:00 | CLIENT SERVICES, INC., 3451 HARRY S. TRUMAN BLVD, SAINT CHARLES, MO 63301-9816 |
| 5479755 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 13 2022 18:39:00 | COMENITY - KAY JEWELERS, PO BOX 659728, SAN ANTONIO, TX 78265-9728 |
| 5479757 | + | Email/Text: bncnotifications@pheaa.org | Jun 13 2022 18:39:00 | FEDLOAN SERVICING, PO BOX 60610, HARRISBURG, PA 17106-0610 |
| 5479759 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2022 18:51:20 | HOME DEPOT CREDIT SERVICES, PO BOX 9001010, LOUISVILLE, KY 40290-1010 |
| 5479765 | | Email/PDF: gecsedi@recoverycorp.com | Jun 13 2022 18:51:24 | LOWE'S/SYNCHRONY BANK, PO BOX |

| Recipient | Delivery Method | Date/Time | Address |
|---|---|---|---|
| | | | 530914, ATLANTA, GA 30353-0914 |
| 5479766 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2022 18:51:28 | LVNV FUNDING, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 5479767 | Email/Text: bankruptcydpt@mcmcg.com | Jun 13 2022 18:39:00 | MIDLAND CREDIT MANAGEMENT, PO BOX 301030, LOS ANGELES, CA 90030-1030 |
| 5479769 | ^ MEBN | Jun 13 2022 18:37:03 | PATENAUDE & FELIX, 9619 CHESAPEAKE DRIVE, SUITE 300, SAN DIEGO, CA 92123-1392 |
| 5479770 | Email/PDF: gecsedi@recoverycorp.com | Jun 13 2022 18:51:24 | PAYPAL CREDIT SERVICES, PO BOX 960080, ORLANDO, FL 32896-0080 |
| 5479772 | Email/PDF: gecsedi@recoverycorp.com | Jun 13 2022 18:51:24 | SYNCHRONY / LUMBER LIQUIDATORS, PO BOX 960061, ORLANDO, FL 32896-0061 |
| 5479880 | + Email/PDF: gecsedi@recoverycorp.com | Jun 13 2022 18:51:24 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5479775 | Email/Text: BAN1116@UCBINC.COM | Jun 13 2022 18:39:00 | UNITIED COLLECTION BUREAU, INC., PO BOX 1116, MAUMEE, OH 43537-8116 |
| 5479776 | Email/Text: bankruptcynotices@vivecard.com | Jun 13 2022 18:39:00 | VIVE FINANCIAL, PO BOX 268808, OKLAHOMA CITY, OK 73126-8808 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 15, 2022         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John J Martin (Trustee) | pa36@ecfcbis.com   trusteemartin@martin-law.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Gregory Joseph Johnson lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 3

# NOTICE REGARDING TELEPHONIC CHAPTER 7 § 341 MEETINGS IN THE MIDDLE DISTRICT OF PENNSYLVANIA

The U.S. Trustee Program has extended the requirement that section 341 meetings be conducted by telephone or video appearance to all cases filed during the period of the President's "Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID−19) Outbreak" issued March 13, 2020, and ending on the date that is 60 days after such declaration terminates. However, the U.S. Trustee may approve a request by a trustee in a particular case to continue the section 341 meeting to an in−person meeting in a manner that complies with local public health guidance, if the U.S. Trustee determines that an in−person examination of the debtor is required to ensure the completeness of the meeting or the protection of estate property. This policy may be revised at the discretion of the Director of the United States Trustee Program.

Given the foregoing, this notice addresses the protocol for telephonic appearances for **chapter 7** section 341 meetings only. Chapter 13 debtors should refer to their standing trustee's protocol or website for additional information.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.

All parties are encouraged to contact the case trustee, check the case docket, and the UST Website at https://www.justice.gov/ust for up−to−date information about section 341 meetings of creditors.

**Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call−In Number and Passcode assigned to your trustee, which is listed below.**

Unless otherwise directed by your trustee, please call−in five minutes before your assigned meeting time and mute your telephone until your case is called. Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch−tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call−in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors may be in session when you call in. You may be able to hear the trustee even when your phone is muted.)
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.
- If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee a week prior to the section 341 meeting of creditors. These documents should include information sufficient for the trustee to verify the debtor's SSN. Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

| Trustee | Call−In Number | Passcode |
|---|---|---|
| Steven Carr | 1−888−282−8246 | 8589279 |
| Lawrence Frank | 1−866−724−5066 | 1380190 |
| Kara Gendron | 1−877−715−0840 | 9994937 |
| Leon Haller | 1−866−507−4642 | 2179536 |
| John Martin | 1−866−809−8952 | 7685517 |
| Lisa Rynard | 1−877−810−1022 | 5894927 |
| Jill Spott | 1−888−802−9680 | 2175082 |
| Lawrence Young | 1−866−453−7506 | 2896054 |

tele341(01/22)