| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Gregory Joseph Johnson** <br> First Name    Middle Name    Last Name |
| Debtor 2 (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number (if known) | 5:22-bk-01087 |

■ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt
4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **611 Shane Drive Effort, PA 18330 Monroe County** <br> **4 Bedroom, 3 Bathroom, Single-family Home. Owned jointly with estranged wife, Irina Mayman, and in-laws, Boris & Nellie Mayman. Zillow value shown.** <br> Line from *Schedule A/B*: **1.1** | $428,300.00 | ■ $14,319.86 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Kitchenware & small appliances; Table/Chairs; 2 Refrigerators; Dishwasher; Microwave; Stove/Oven; Washer/Dryer; Coffee Maker; Toaster; Living Room Furniture; Beds; Dressers; Chest of Drawers; Nightstands; Lamps; Dining Room Table/Chairs; 3 China Cabinets;** <br> Line from *Schedule A/B*: **6.1** | $8,600.00 | ■ $8,600.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **3 TV's; PlayStaton & Games; Cell Phone. In Debtor's possession. Held for Debtor's personal use, no single item of which exceeds $625 in value.** <br> Line from *Schedule A/B*: **7.1** | $900.00 | ■ $900.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

Official Form 106C    Schedule C: The Property You Claim as Exempt    page 1 of 3

| Debtor 1 | Gregory Joseph Johnson | | | Case number (if known) | 5:22-bk-01087 |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Books & Pictures. In Debtor's possession. Held for Debtor's personal use, no single item of which exceeds $625 in value.**<br>Line from Schedule A/B: **8.1** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Bicycle. In Debtor's possession. Held for Debtor's personal use, no single item of which exceeds $625 in value.**<br>Line from Schedule A/B: **9.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Shotgun; 5 Pistols; Rifle; Ammo. In Debtor's possession. Held for Debtor's personal use, no single item of which exceeds $625 in value.**<br>Line from Schedule A/B: **10.1** | $2,100.00 | ■ $2,100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Debtor's clothing.**<br>Line from Schedule A/B: **11.1** | $600.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Watches. In Debtor's possession. Held for Debtor's personal use.**<br>Line from Schedule A/B: **12.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| **1 Lizard & Tank. In Debtor's possession. Held for Debtor's personal use, no single item of which exceeds $625 in value.**<br>Line from Schedule A/B: **13.1** | $275.00 | ■ $49.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Cash**<br>Line from Schedule A/B: **16.1** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Checking Acct. No.xxx2676: Truist Bank**<br>**Brodheadsville, PA**<br>**Owned jointly with Debtor's father, Robert R. Johnson.**<br>Line from Schedule A/B: **17.1** | $92.14 | ■ $92.14<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Johnson's Security Enterprises, LLC**<br>**611 Shane Drive, Gilbert, PA 18330**<br>**Never operated. No assets.**<br>**100%**<br>Line from Schedule A/B: **19.1** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Serpents of Distinction, LLC**<br>**611 Shane Drive, Gilbert, PA 18330**<br>**Never operated. No assets.**<br>**100%**<br>Line from Schedule A/B: **19.2** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

| Debtor 1 | Gregory Joseph Johnson | | Case number (if known) | 5:22-bk-01087 |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Pension: Employer provided pension/monthly payments upon retirement.**<br>**NYCERS**<br>**NOT PROPERTY OF THE ESTATE**<br>Line from Schedule A/B: **21.1** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| **Federal: No Anticipated 2022 Tax Refund**<br>Line from Schedule A/B: **28.1** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Employer-sponsored Term Life Insurance**<br>**Beneficiary: Debtor's Children**<br>Line from Schedule A/B: **31.1** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(7)** |
| **Shed**<br>Line from Schedule A/B: **53.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Official Form 106C         Schedule C: The Property You Claim as Exempt         page 3 of 3

Case 5:22-bk-01087-MJC    Doc 18-1    Filed 07/21/22    Entered 07/21/22 15:21:09    Desc
Amended Schedule C    Page 3 of 3