IN THE UNITED STATES BANKRUTPCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| GREGORY JOSEPH JOHNSON,<br>a/k/a GREGORY J. JOHNSON,<br>a/k/a GREGORY JOHNSON, | CASE NO. 5:22-bk-01087 |
| Debtor | |

## AFFIDAVIT OF DEBTOR

I, GREGORY JOSEPH JOHNSON, the Debtor named in the above-captioned case, declare under penalty of perjury that I have read the foregoing Amended Schedule A/B: Property, Amended Schedule C: The Property You Claim as Exempt, and that the statements contained therein are true and correct to the best of my knowledge, information and belief.

Executed on July 22, 2022

/s/ Gregory Joseph Johnson
GREGORY JOSEPH JOHNSON