IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| IN RE: | Gregory Joseph Johnson | : | No. | 5:22-bk-01087-MJC |
| | | : | | |
| | Debtor. | : | Chapter | |

## **REQUEST FOR NOTICES**

Debtor hereby requests notices on behalf of the creditor, Irina Mayman, to be directed to the undersigned attorney.

Dated: July 25, 2022

/s/ Patrick J. Best
Patrick J. Best, Esq.
ARM Lawyers
18 N 8th Street
Stroudsburg, PA 18360
Phone: 570.420.7431
Attorney for Debtor