# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Gregory Joseph Johnson | : | CHAPTER 13 |
| | : | |
| Debtor. | : | 5:22-bk-01087-MJC |
| Gregory Joseph Johnson | : | |
| Movant, | : | |
| v. | : | |
| Irina Mayman, | : | Motion for Contempt |
| Respondent | : | |

## STIPULATION RESOLVING MOTION FOR CONTEMPT

1. The parties to this Stipulation are the Movant, Gregory Joseph Johnson, and the Respondent, Irina Mayman.

2. Movant filed a Motion for Contempt on November 9, 2023.

3. Respondent answered this Motion on November 25, 2023.

4. The parties wish to resolve this matter amicably without the necessity of a hearing.

5. To that end, the parties stipulate as follows:

    a. This stipulation shall not be considered an admission of liability or wrongdoing.

    b. The Motion for Contempt is deemed withdrawn.

    c. Within thirty (30) days, Respondent shall pay to Movant the sum of $3,500.00 via attorney check made payable to Newman Williams and mailed to the office of Newman Williams.

    d. Movant releases Respondent and her agents, including specifically Attorney Robin Gray and Attorney Patrick J. Best, related to any action subject to this Motion for Contempt including without limitation the filing of the Civil

1

Complaint in the Middle District of Pennsylvania at Docket No. 3:23-cv-01636-KM.

6. The parties request this Stipulation be adopted as an Order of Court.

WHEREFORE, the parties respectfully request this Court adopt this Stipulation as an Order of Court.

Date: <u>December 4, 2023</u>

/s/ Patrick J. Best
Patrick J. Best, Esquire
Attorney for Respondent
ARM Lawyers
18 N. 8th St.
Stroudsburg PA 18360

/s/ Robert J. Kidwell
Robert J. Kidwell, Esquire
Attorney for Movant
Newman Williams
P.O. Box 511
712 Monroe Street
Stroudsburg, PA 18360