IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Gregory Joseph Johnson | : | CHAPTER 13 |
| | : | |
| Debtor. | : | 5:22-bk-01087-MJC |
| Gregory Joseph Johnson | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| Irina Mayman, | : | Motion for Contempt |
| Respondent | : | |

## ORDER ADOPTING STIPULATION

Upon consideration of the parties' Stipulation resolving Movant's Motion for Contempt, the terms of the Stipulation are hereby adopted as an Order of Court.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: December 5, 2023