# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**Gregory Joseph Johnson**
**aka Gregory J. Johnson**
**aka Gregory Johnson**

**Debtor 1**

Chapter: 7

Case No.: 5:22-bk-01087-MJC

## ORDER APPROVING COMPENSATION AND
## DIRECTING PAYMENT OF COURT COSTS

The Trustee having filed the Final Report and Account and Application for Fees in this matter, and there being no outstanding objections thereto,

**IT IS ORDERED**

FIRST: That the Trustee pay the following expenses of administration to the:

U.S. Bankruptcy Court, the following charges:

| COURT COSTS | TOTAL |
|---|---|
| **(Adversary Fee for 5:22-ap-00037-MJC)** | **$350.00** |
| | **$350.00** |

SECOND: That **John J Martin, Trustee**, hereby is allowed the sum of **$2,450.00** as compensation for his/her services to the estate and the sum of **$0.00** as reimbursement of expenses incurred therewith. [1]

THIRD: That **John J Martin, Attorney for Trustee**, having shown cause therefore, be and hereby is allowed the sum of **$3,968.15** as compensation for his services to the Trustee and the sum of **$31.85** as reimbursement of expenses incurred therewith.

Any interim compensation and expenses previously approved by the court are hereby made final by this order.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: December 15, 2023

---

1 The Court is aware of the difference between the Trustee's Final Report, Dkt. # 55, and the Amended Claims Proposed Distribution, Dkt. # 69, which was due to a typographical error in the Trustee's Final Report that was corrected in the Amended Claims Proposed Distribution.